granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States*, 516 U. S. 137 (1995).

No. D–1613. IN RE DISBARMENT OF JONES. Disbarment entered. [For earlier order herein, see 516 U. S. 985.]

No. D–1645. IN RE DISBARMENT OF SCHOUMAN. Disbarment entered. [For earlier order herein, see 516 U. S. 1107.]

No. D–1648. IN RE DISBARMENT OF SWANO. Disbarment entered. [For earlier order herein, see 516 U. S. 1108.]

No. D–1650. IN RE DISBARMENT OF GERDEMAN. Disbarment entered. [For earlier order herein, see 516 U. S. 1108.]

No. D–1651. IN RE DISBARMENT OF PIPER. Disbarment entered. [For earlier order herein, see 516 U. S. 1108.]

No. D–1652. IN RE DISBARMENT OF ALLEN. Disbarment entered. [For earlier order herein, see 516 U. S. 1108.]

No. D–1654. IN RE DISBARMENT OF KELLEHER. Disbarment entered. [For earlier order herein, see 516 U. S. 1108.]

No. D–1674. IN RE DISBARMENT OF MIMS. Larry Mims, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1676. IN RE DISBARMENT OF SUMMERS. Robert L. Summers, of Millersport, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–57. MCELRATH v. PHILLIPS; and

No. M–58. ABRAMS v. URBAN HOMEOWNERS' CORPORATION OF NEW ORLEANS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–1111. ESTATE OF MENNA ET AL. v. ST. AGNES MEDICAL CENTER, 516 U. S. 1172. Motion of respondent for damages denied.